Filed 5/19/15  P. v. Goodson CA3

<u>NOT</u> <u>TO</u> <u>BE</u> <u>PUBLISHED</u>

**California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.**

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

THIRD APPELLATE DISTRICT

(Sacramento)

| | |
|---|---|
| THE PEOPLE, | C077652 |
| Plaintiff and Respondent, | (Super. Ct. No. 14F03437) |
| v. | |
| STACY LANCE GOODSON, | |
| Defendant and Appellant. | |

On May 21, 2014, defendant Stacy Lance Goodson was found trying to cash a stolen check.

Defendant pleaded no contest to forgery, a felony (Pen. Code, § 475, subd. (c)) and admitted a prior strike.  The trial court imposed a stipulated two-year eight-month state prison term, ordered various fines and fees, and awarded 253 days of presentence credit (127 actual & 126 conduct).

Defendant appeals.  She did not obtain a certificate of probable cause.

We appointed counsel to represent defendant on appeal.  Counsel filed an opening brief that sets forth the facts of the case and requests this court to review the record and determine whether there are any arguable issues on appeal.  (*People v. Wende* (1979)

1

25 Cal.3d 436.)  Defendant was advised by counsel of the right to file a supplemental brief within 30 days of the date of filing of the opening brief.  More than 30 days elapsed and we received no communication from defendant.  Having undertaken an examination of the entire record, we find no arguable error that would result in a disposition more favorable to defendant.

DISPOSITION

The judgment is affirmed.


                                        __BLEASE__, Acting P. J.


We concur:


      __MAURO__, J.


      __RENNER__, J.